UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO: 05-42081-659 |
| | ) | |
| KAMARAN DANIELLE YOUNG | ) | |
| | ) | CHAPTER 13 |
| | ) | |
| | ) | |
| DEBTOR(S) | ) | |

LIST OF UNCLAIMED FUNDS AND ENTITIES
WHICH ARE ENTITLED TO PAYMENT

     COMES NOW JOHN V. LABARGE, JR., CHAPTER 13 TRUSTEE, AND PROVIDES LIST FOR FILING PURSUANT TO BANKRUPTCY RULE 3011. THE FOLLOWING IS A LIST OF ALL KNOWN NAMES AND ADDRESSES OF THE ENTITIES AND THE AMOUNTS WHICH THEY ARE ENTITLED TO BE PAID FROM REMAINING PROPERTY OF THE ESTATE THAT IS PAID HEREWITH INTO COURT PURSUANT TO 11 U.S.C. SECTION 347(A):

KAMARAN DANIELLE YOUNG
6152 LAURA AVE                                $               1.00

ST LOUIS MO
444444                63136

                                           /s/ John V. LaBarge, Jr.
                                           ------------------------------------
DATE: October 29, 2010           JOHN V. LABARGE, JR.,
                                             CHAPTER 13 TRUSTEE
                                             P.O. Box 430908
                                             St. Louis, MO 63143
XC -091                                 (314) 781-8100    trust33@ch13stl.com